IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00799-BNB

MIKEAL GLENN STINE,

    Plaintiff,

v.

LIEUTEANT [sic] SWANSON, ADX,
MR. KNOX, Counsel ADX, and
CORRECTIONAL OFFICER JENKINS, ADX,

    Defendants.

```
                                    F I L E D
                              UNITED STATES DISTRICT COURT
                                  DENVER, COLORADO

                                     APR 26 2007

                              GREGORY C. LANGHAM
                                              CLERK
```

## AMENDED MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Pursuant to the Court's April 19, 2007, Order, Plaintiff was instructed to submit a certified copy of his trust fund account statement to the Court. On April 26, 2007, as opposed to submitting a certified copy of the account statement, Plaintiff filed a "Motion for Court Order and Assistance of the Court." In the Motion, he asserts that prison staff will not provide him with a certified copy of his account statement without a court order, but he fails to provide evidence of his request and the staff's denial. Plaintiff has the Court's April 19, 2007, Order stating the Court's need for a certified copy of his account statement. The Court also notes that in Case No. 06-cv-02105-WYD-PAC, Plaintiff was able to submit to the Court a certified copy of his trust fund account statement on April 17, 2007.

    Accordingly, the Court DENIES the Motion and directs Plaintiff either to provide to the Court a **certified** copy of his trust fund account statement or to **file evidence in the instant action** that he submitted a request for a certified copy of his account statement but that prison staff has failed to respond to his request in a timely manner. If Plaintiff fails to comply with the instant Minute Order, **within** twenty days from the date of this Order, the Complaint and action will be dismissed without further notice.

Dockets.Justia.com

    The Clerk of the Court also is instructed to mail a copy of the instant Minute Order to the warden at USP Florence.

Dated: April 26, 2007

---

A copy of this Minute Order mailed on April 26, 2007, to the following:

Mikeal Stine
Reg. No. 55436-098
ADX - Florence
PO Box 8500
Florence, CO 81226

Warden
ADX - Florence
PO Box 8500
Florence, CO 81226

                                      Secretary/Deputy Clerk