IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 3 - 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00799-BNB

MIKEAL GLENN STINE,

    Plaintiff,

v.

LIEUTEANT [sic] SWANSON, ADX,
MR. KNOX, Counsel ADX, and
CORRECTIONAL OFFICER JENKINS, ADX,

    Defendants.

## ORDER

    Pursuant to the Court's Order of April 19, 2007, Plaintiff was instructed to submit a certified copy of his trust fund account statement to the Court. On April 26, 2007, as opposed to submitting a certified copy of the account statement, Plaintiff filed a "Motion for Court Order and Assistance of the Court." The Court denied the Motion. Plaintiff now has submitted a document titled, "Supplement Original Exhibits in Support of Motion for Order and Courts [sic] Assistance Mailed to Court 4/23/07," along with a copy of correspondence from the United States Bureau of Prisons Supervising Attorney and a copy of a request that Mr. Stine alleges he sent to the business office asking for a certified copy of his inmate account statement but that was returned to him and was denied.

    The correspondence from the supervising attorney states that Mr. Stine must write to the business office to obtain a copy of his inmate trust account statement. The

correspondence is dated April 24, 2007, the day after Mr. Stine alleges that he was denied a certified copy of his account printout by the business office.

The Clerk of the Court will be directed to send a copy of the instant Order and Document No. 6 in the instant action to the Florence ADX Warden. The Court seeks assistance from the warden in verifying whether Mr. Stine's request for a certified copy of his inmate account statement indeed was denied by the business office. If the request was denied the Court also seeks assistance in obtaining a copy of Mr. Stine's account statement for filing with the Court. Accordingly, it is

ORDERED that Plaintiff has thirty days from the date of the instant Minute Order to comply with the Court's April 19, 2007, Order. It is

FURTHER ORDERED that the Clerk of the Court send a copy of the instant Order and Document No. 6 to the Florence ADX Warden. It is

FURTHER ORDERED that the Florence ADX Warden assist the Court in determining the validity of the denial of Mr. Stine's request and in obtaining a certified copy of his account statement. It is

FURTHER ORDERED that if Plaintiff fails to comply with the Court's April 19, 2007, Order within the time allowed the Complaint and action will be denied without further notice.

DATED May 3, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00799-BNB

Mikeal Stine
Reg. No. 55436-098
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5-3-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk