IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00799-BNB

MIKEAL GLENN STINE,

    Plaintiff,

v.

LIEUTEANT [sic] SWANSON, ADX,
MR. KNOX, Counsel ADX, and
CORRECTIONAL OFFICER JENKINS, ADX,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 9 2007

GREGORY C. LANGHAM
                CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On June 15, 2007, Plaintiff filed a document titled "Motion for Order." In the Motion, he requests that the Court send copies of the complete docket in the instant action. Plaintiff's Motion is denied. The Clerk of the Court is directed to send to Plaintiff copies of Document Nos. 3 and 15. These are the only filings Plaintiff needs to assist in filing an Amended Complaint. Plaintiff shall have thirty days from the date of the instant Minute Order to comply with the Court's June 7, 2007, Order. If Plaintiff fails to comply within thirty days the Complaint and action will be dismissed without further notice. No further extensions will be granted without just cause.

Dated: June 19, 2007

A copy of this **Minute Order and a copy of Document Nos. 3 and 15** were mailed on June 19, 2007, to the following:

Mikeal G. Stine
Reg. No. 55436-098
ADX - Florence
PO Box 8500
Florence, CO 81226

                                          Secretary/Deputy Clerk