IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 07-cv-00799-BNB

MIKEAL GLENN STINE,

    Plaintiff,

v.

LIEUTEANT [sic] SWANSON, ADX,
MR. KNOX, Counselor, ADX, and
JENKINS, Correctional Officer, ADX,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2007

GREGORY C. LANGHAM
CLERK

## ORDER OVERRULING OBJECTION

This matter is before the Court on the "Objection and Motion to Reconsider Magistrates [sic] Denial of TRO/Injunctive Relief/Oral Arguements [sic] as Moot," submitted to the Court on June 7, 2007, by Plaintiff Mikeal Glenn Stine, a federal prisoner currently housed in the State of Colorado. In the Objection, Mr. Stine challenges Magistrate Judge Boyd N. Boland's May 31, 2007, Order that denied as moot Plaintiff's May 23, 2007, "Motion for Emergency Evidentiary Hearing With Oral Arguements [sic] . . . ."

The Court will construe the Objection as filed pursuant to 28 U.S.C. § 636(b)(1)(A). Under § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. For the reasons stated below, the Objection will be overruled.

In the Objection, Mr. Stine asserts that Magistrate Judge Boland is biased and prejudice because he denied his May 29, 2007, Motion requesting an emergency evidentiary hearing and injunctive relief for a delay in medical treatment. Upon review of the Court Docket, the Court finds that Magistrate Judge Boland did not deny Plaintiff's May 29, 2007, Motion. As stated above, Magistrate Judge Boland denied as moot Plaintiff's Motion for an evidentiary hearing, filed May 23, 2007, that addressed his alleged inability to obtain a certified copy of his trust fund account statement.

Since Plaintiff filed a certified copy of his account statement with the Court on May 24, 2007, the Court finds no need for an evidentiary hearing or for any injunctive relief regarding his ability to obtain a certified copy of his account statement. Therefore, Magistrate Judge Boland's May 31, 2007, Order is neither clearly erroneous or contrary to law, and Plaintiff's liberally construed Objection will be overruled.

The Court does find, however, that Mr. Stine's continued filings seeking evidentiary hearings, temporary restraining orders, preliminary injunctions, or review of a magistrate judge's rulings are malicious attempts by Plaintiff to inundate the Court with unnecessary filings.

Plaintiff is instructed to comply with Magistrate Judge Boland's June 7, 2007, Order, within the time required, or the Complaint and action will be dismissed for failure to prosecute. The only filing Plaintiff is to submit to the Court at this time is an Amended Complaint if he desires to proceed with the instant action in this Court. Any future unnecessary filings submitted to the Court by Plaintiff will be ordered stricken as malicious attempts by Plaintiff to inundate the Court. Accordingly, it is

ORDERED that Plaintiff's document titled "Objection and Motion to Reconsider Magistrates [sic] Denial of TRO/Injunctive Relief/Oral Arguements [sic] as Moot," and

filed June 7, 2007, is construed liberally as an Objection filed pursuant to 28 U.S.C. § 636(b)(1)(A) and is overruled. It is

FURTHER ORDERED that the only filing Plaintiff shall submit at this time in the instant action is an Amended Complaint, as directed in the June 7, 2007 Order. It is

FURTHER ORDERED that if Plaintiff fails to comply with the June 7, 2007, Order as directed, within the time allowed, the Complaint and action will be dismissed without further notice. It is

FURTHER ORDERED that any future filings by Plaintiff in the instant action found to be unnecessary will be ordered stricken by the Court.

DATED at Denver, Colorado, this 20 day of June, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00799-BNB

Mikeal Stine
Reg. No. 55436-098
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ___6/21/07___

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk