IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 07-cv-00799-BNB

JUL 13 2007

MIKEAL GLENN STINE,

GREGORY C. LANGHAM
CLERK

      Plaintiff,

v.

LT. SWANSON, ADX,
MR. KNOX, ADX Counselor, and
MR. JENKINS, ADX Corr. Officer,

      Defendants.

## ORDER DENYING MOTION TO CONSOLIDATE

This matter is before the Court on the *pro se* "Motion to Consolidate with Case No. 07-cv-01248-BNB," filed by Plaintiff on July 10, 2006. Plaintiff claims that the issues in the instant case and in Case No. 07-cv-01248-BNB are closely related. He further asserts that in the interest of judicial economy the cases should be consolidated. For the reasons stated below the Motion will be denied.

Plaintiff has submitted a multitude of pleadings in the past several months in both the instant action and in the other five cases that he has filed with the Court. Plaintiff has been warned that his filings are for the most part unnecessary and are a malicious attempt to inundate the Court. The Court noted in Plaintiff's Motion for Emergency Evidentiary Hearing, filed on May 29, 2007, that the Motion was an improper attempt by Plaintiff to file additional claims in the instant case. Furthermore, the claims that Plaintiff asserts in the Motion for Emergency Evidentiary Hearing are the same claims that Plaintiff raises in Case No. 07-cv-01248-BNB.

Consolidation of the instant case with Case No. 07-cv-01248-BNB is not in the interest of judicial economy. The instant case and Case No. 07-cv-01248-BNB are still pending initial review. It is, however, in the interest of judicial economy for Plaintiff to amend the Complaint in either the instant case or in Case No. 07-cv-01248-BNB to include all the claims he intends to raise regarding both cases. He also is directed to voluntarily dismiss the case in which he elects not to file an amended complaint. The Court will grant Plaintiff thirty days to either voluntarily dismiss or amend the instant action. Accordingly, it is

ORDERED that Plaintiff's Motion to Consolidate, filed July 10, 2007, is denied. It is

FURTHER ORDERED that Plaintiff shall have thirty days from the date of the instant Order to either voluntarily dismiss or amend the instant Complaint. It is

FURTHER ORDERED that if Plaintiff fails to either amend or dismiss the instant Complaint the Court will proceed with initial review of the original Complaint filed on April 19, 2007. It is

FURTHER ORDERED that the "Motion to Vacate Magistrates [sic] Order of June 7th 2007," (Doc. No. 23), filed June 26, 2007, is denied as moot.

DATED July 13, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00799-BNB

Mikeal Stine
Reg. No. 55436-098
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on   7-13-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk