IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00799-WYD-KLM

MIKEAL GLENN STINE,

     Plaintiff,

v.

LT. SWANSON, ADX,
MR. KNOX, ADX,
DR. S. NAFZIGER, ADX,
MR. A. OSAGIE, ADX, and
MR. RON WILEY, ADX,

     Defendant(s).
_____

## MINUTE   ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

     This matter comes before the Court on Plaintiff's Motion for Protective Order and Injunction [Docket No. 58, Filed September 24, 2007] (the "Motion").  Plaintiff seeks an evidentiary hearing regarding allegations that he is being denied access to the Court, and ultimate entry of a "protective order" and "injunction."  Plaintiff further asserts that he is receiving unspecified assistance with his case "free of charge" from eight attorneys and five investigators located around the United States.  None of the attorneys referenced in the Motion has entered his or her appearance on Plaintiff's behalf in this matter.  Under these circumstances, the Court enters the following Order.

     IT IS HEREBY **ORDERED** that the Motion is **DENIED in part**.  To the extent that Plaintiff requests an evidentiary hearing, that request is **DENIED**.  As to the remaining relief sought by the Motion, Plaintiff is **ORDERED** to submit a written offer of proof setting forth his evidence with respect to the allegations in the Motion.  Plaintiff is again cautioned that conclusory allegations (that is, allegations based on his conclusions regarding acts, events or motives) are insufficient to justify entry of relief.  The offer of proof shall be divided into two categories: (1) witnesses and (2) exhibits.  Regarding witnesses, Plaintiff shall set forth the names, job titles (if any), business addresses (if any) and substance of each witness' purported testimony regarding the allegations

contained in the Motion.  Regarding exhibits, Plaintiff shall attach copies of each and every document he offers as evidence in support of the allegations contained in the Motion.  **Plaintiff shall title his submission "Offer of Proof in Support of Motion for Protective Order and Injunction," and shall file it with the Court no later than October 26, 2007.  No extensions of time will be permitted.**

   IT IS FURTHER **ORDERED** that Defendants shall respond to Plaintiff's Offer of Proof within fifteen (15) days of the date when it is filed with the Court.  No reply will be permitted.

   Failure by Plaintiff to timely comply with the Court's Order will result in denial of the Motion.


Dated:  September 25, 2007