IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00799-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

LT. SWANSON, ADX,
MR. KNOX, ADX,
DR. S. NAFZIGER, ADX,
MR. A. OSAGIE, ADX, and
MR. RON WILEY, ADX,

    Defendant(s).
_____

# MINUTE   ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

    This matter comes before the Court pursuant to Plaintiff's Motion for Court's Assistance and Order [Docket No. 63, Filed October 2, 2007] ("Plaintiff's Motion No. 63"); and Plaintiff's Motion for Assistance of the Court [Docket No. 66, Filed October 4, 2007] ("Plaintiff's Motion No. 66").

    Both motions relate to the Court's Order of September 25, 2007 [Docket No. 60] ("Order") requiring Plaintiff to file an Offer of Proof comprised of witnesses and exhibits in support of allegations made by Plaintiff in his Motion for Protective Order and Injunction [Docket No. 58, Filed September 24, 2007].  Plaintiff claims he is unable to comply with the Order because prison officials destroyed or confiscated the evidence he would have otherwise attached to his Offer of Proof.  Plaintiff's Motion No. 63 asks the Court to send him a copy of his Motion for Protective Order and Injunction, which he claims was allegedly taken from him by Defendant Wiley.  He also asks the Court to direct Defendant Wiley to provide Plaintiff with a description of all of the documents he allegedly confiscated from Plaintiff that would be relevant to Plaintiff's Offer of Proof.  Plaintiff's Motion No. 66 asks the Court to reconsider its Order denying an immediate hearing on his Motion for a Protective Order and Injunction and grant a hearing regarding Defendant Knox's recent alleged destruction of documents and Defendant

Wiley's alleged denial of Plaintiff's access to the Court.

IT IS HEREBY **ORDERED** that Plaintiff's Motion No. 63 is **GRANTED in part, DENIED, in part**. To the extent that Plaintiff seeks the Court to direct the Clerk to provide him with a copy of his Motion for Protective Order and Injunction, that request is **granted**. **The Clerk shall mail Plaintiff a copy of Docket No. 58**. To the extent that Plaintiff seeks the Court to direct Defendant Wiley to help him prepare his Offer of Proof, that request is **denied**. However, Defendants and prison officials are expected to follow customary prison procedures for copying and mailing prisoner's pleadings to the Court.

IT IS FURTHER HEREBY **ORDERED** that Plaintiff's Motion No. 66 is **DENIED**. To the extent that Plaintiff is alleging new injury perpetrated by one or more prison officials regarding the destruction of his property, Plaintiff must file a grievance with the prison and exhaust his administrative remedies before seeking relief from this Court.

IT IS FURTHER HEREBY **ORDERED** that Plaintiff shall receive an extension of time to file his "Offer of Proof in Support of Motion for Protective Order and Injunction." The deadline for Plaintiff to file his Offer of Proof is extended to **November 26, 2007**. No further extensions of time will be permitted.

IT IS FURTHER **ORDERED** that Defendants shall respond to Plaintiff's Offer of Proof within fifteen (15) days of the date when it is filed with the Court. No reply will be permitted.

**In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR:
Mikeal Glenn Stine  #55436-098
Florence ADMAX US Penitentiary
P.O. Box 8500
Florence, CO 81226


Dated:         October 12, 2007