IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00799-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

LT. SWANSON, ADX,
MR. KNOX, ADX,
DR. S. NAFZIGER, ADX,
MR. A. OSAGIE, ADX, and
MR. RON WILEY, ADX,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

    This matter is before the Court pursuant to Plaintiff's Objections and Judicial Notice and Motion to Vacate Court's Order Granting Extension of Time to Answer Dated 10/23/07 [Docket No. 91, Filed October 30, 2007] ("the motion").  Plaintiff seeks to vacate the Court's Order entered on October 22, 2007, granting Defendants' Motion for Extension of Time to Answer or Respond [Docket No. 83].

    IT IS HEREBY **ORDERED** that the motion is **DENIED.**  The Court is not obligated to wait for a response from an opposing party prior to ruling on a filed motion.  Pursuant to D.C. Colo. L. Civ. R. 7.1C, "[n]othing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed."  In addition, given Plaintiff's status of incarceration, the Court affords both parties leeway regarding the duty to confer.  Plaintiff asserts no allegation that he was harmed by the failure to confer and, indeed, has benefitted himself from the Court's discretion regarding this Rule.

    In addition to notice of filing of this Minute Order being provided to the parties, it is **ORDERED** that the office of the Clerk shall mail a copy of this Minute Order to the following:

CASE MANAGER FOR:
Mikeal Glenn Stine  #55436-098
Florence ADMAX US Penitentiary
P.O. Box 8500
Florence, CO 81226

Dated:        October 31, 2007