IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00799-WYD-KLM

MIKEAL GLENN STINE,

     Plaintiff,

v.

LT. SWANSON, ADX;
MR. KNOX, ADX;
DR. S. NAFZIGER, ADX;
MR. A. OSAGIE, ADX; and
MR. RON WILEY, ADX,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     On November 5, 2007, the Plaintiff filed a combined pleading entitled Objections to Magistrate's Order of 10/12/07, Relating to Document (66), and Motion to Reconsider Pursuant to Rule 60(b), Documents (58) (60) (63) and (66).  (Docket #97).  On November 6, 2007, I referred the motion to reconsider to Magistrate Judge Mix.  Accordingly, I find that the Objections are **DENIED WITHOUT PREJUDICE** with leave to refile pending a ruling from Magistrate Judge Mix on the motion to reconsider.

     Dated:  November 8, 2007