IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00799-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

LT. SWANSON, ADX,
MR. KNOX, ADX,
DR. S. NAFZIGER, ADX,
MR. A. OSAGIE, ADX, and
MR. RON WILEY, ADX,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court pursuant to Plaintiff's Renewed Emergency Motion TRO and or Preliminary Injunction, and Request for Expedited Consideration [Docket No. 101, Filed November 7, 2007] ("the motion"). This is the fourth motion for an expedited hearing and injunctive relief that Plaintiff has filed with the Court in the past thirteen days, since October 26, 2007. In addition to the present motion, Plaintiff has two pending motions that seek an expedited hearing and injunctive relief regarding an injury to his knee and the conduct of prison officials in relation to that injury [Docket No. 84, Filed October 26, 2007; Docket No. 86, Filed October 29, 2007]. Defendants have been directed to file their responses to those motions by November 13, 2007. That deadline has not occurred. Moreover, the Court entered an Order striking as redundant a third motion filed by Plaintiff seeking an expedited hearing and injunctive relief for the same injury [Docket No. 100]. The Court cautioned Plaintiff that the continued filing of duplicative motions would subject Plaintiff to sanctions.

    IT IS HEREBY **ORDERED** that the motion is **STRICKEN** as redundant pursuant to D.C. Colo. L. Civ. R. 7.1H. The Court does not need a daily update on Plaintiff's alleged condition and defendant's alleged conduct in order to determine whether Plaintiff is entitled to a hearing on his request for a temporary restraining order and/or preliminary injunction. The Court simply needs to review Defendants' response to Plaintiff's request, and an appropriate amount of time to duly consider the request. The recent filings detract from

the Court's ability to devote sufficient time to legitimate matters.

IT IS FURTHER **ORDERED** that the Court sanctions Plaintiff by imposing a requirement on him to seek leave of the Court prior to filing any motions from the date of this Order. **Motions filed without leave of the Court will be denied.**

**In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR:
Mikeal Glenn Stine  #55436-098
Florence ADMAX US Penitentiary
P.O. Box 8500
Florence, CO 81226

Dated:		November 8, 2007