IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00799-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

LT. SWANSON, ADX;
MR. KNOX, ADX;
DR. S. NAFZIGER, ADX;
MR. A. OSAGIE, ADX; and
MR. RON WILEY, ADX,

    Defendants.

**ORDER AFFIRMING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

THIS MATTER is before the Court on Plaintiff's Objection to Magistrate Judge Mix's Recommendation (docket #90) dated October 30, 2007 denying Plaintiff's Motion for an Emergency Evidentiary Hearing/Preliminary Injunction Ordering Immediate Medical Treatment (filed August 13, 2007).  Plaintiff objects therein to the recommendation of October 30, 2007 that denied his request for a preliminary injunction and a hearing to address his injury and the status of his surgery.  By way of background, an evidentiary hearing was set for October 22, 2007, by Magistrate Judge Mix.  However, prior to the hearing, the Defendants moved to reset or vacate the hearing because Plaintiff's surgery was scheduled to occur on the same day.  Due to Plaintiff's unavailability, Magistrate Judge Mix vacated the hearing.

Since the nature of the matter at issue is nondispositive, I must review the Recommendation to determine whether it is "clearly erroneous or contrary to law". "An order is clearly erroneous when the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been made." *Cook v. Rockwell Int'l Corp.*, 147 F.R.D. 237, 242 (D. Colo. 1993).

Having reviewed the Objections, I find that Plaintiff has not shown that Magistrate Judge Mix's Recommendation of October 30, 2007, was clearly erroneous or contrary to law.  First, Plaintiff has not shown that the Order violated any law. Second, I find that it was not clearly erroneous to deny Plaintiff's request for an evidentiary hearing/preliminary injunction given that "the purpose of Plaintiff's motion was to prevent the Defendants from further delaying Plaintiff's knee surgery.  The surgery has now occurred.  As such, the injury Plaintiff sought to remedy no longer exists." (Recommendation at 2.)   Thus, I find no error with Magistrate Judge Mix's well reasoned recommendation that Plaintiff's motion be denied.  Accordingly, it is

ORDERED that Plaintiff's Objection filed November 8, 2007 (docket # 107) is **OVERRULED** and Magistrate Judge Mix's Recommendation of United States Magistrate Judge (docket #90), filed October 30, 2007, is **AFFIRMED**.

Dated:  November 16, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge