IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00799-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

LT. SWANSON, ADX;
MR. KNOX, ADX;
DR. S. NAFZIGER, ADX;
MR. A. OSAGIE, ADX; and
MR. RON WILEY, ADX,

    Defendants.

**ORDER AFFIRMING AND ADOPTING THE RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

THIS MATTER is before the Court on Plaintiff's Motion to Have PA Schiefelbein Ordered to Attend Hearing in Addition to Ms. Gladbach and Scott Fountain (docket #84), filed October 26, 2007 and Plaintiff's Request for Courts to Hold Emergency Hearing for Preliminary Injunction, Granted by Document No. (32) for Yesterday 10/22/07 of Which Defendants Did Not Make Plaintiff Available or Notice Plaintiff of New Date (docket #86), filed October 29, 2007.  The motions were referred to Magistrate Judge Kristen L. Mix for a recommendation by Orders of Reference dated October 26, 2007 and October 29, 2007.  Magistrate Judge Mix issued a Recommendation on February 8, 2008, that the above referenced motions be denied. (Recommendation at 2.)  The Recommendation is incorporated herein by reference.

*See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 3-4.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Mix is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that the above referenced motions should be denied. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Mix (docket #144) dated February 8, 2008, is **AFFIRMED** and **ADOPTED**. In accordance therewith, it is

FURTHER ORDERED that Plaintiff's Motion to Have PA Schiefelbein Ordered to Attend Hearing in Addition to Ms. Gladbach and Scott Fountain (docket #84), filed October 26, 2007 is **DENIED.** It is

FURTHER ORDERED that Plaintiff's Request for Courts to Hold Emergency Hearing for Preliminary Injunction, Granted by Document No. (32) for Yesterday

10/22/07 of Which Defendants Did Not Make Plaintiff Available or Notice Plaintiff of New Date (docket #86), filed October 29, 2007 is **DENIED.**

Dated: March 5, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge