IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00799-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

LT. SWANSON, ADX,
MR. KNOX, ADX,
DR. S. NAFZIGER, ADX,
MR. A. OSAGIE, ADX, and
MR. RON WILEY, ADX,

    Defendant(s).
_____

**ORDER STRIKING DOCKET NO. 55**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to the Recommendation and Order issued in Civil Action 07-cv-00121-WYD-KLM, *Stine v. United States,* striking Plaintiff's offensive and false documents. Accordingly,

    IT IS **ORDERED** that Docket No. 55 shall be **STRICKEN**. The false accusations lodged by Plaintiff in this letter are unwarranted and serve no legitimate purpose as a pleading. The Court has the inherent authority to strike offensive pleadings. *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 841 (10th Cir. 2005); *Phillips v. Carey*, 638 F.2d 207, 208 (10th Cir. 1981). Moreover, pursuant to Fed. R. Civ. P. 12(f), the Court is authorized to strike any pleading which deals with an "immaterial, impertinent, or scandalous matter." While *pro se* parties are usually subject to relaxed pleading standards, this Court "simply will not allow liberal pleading rules and *pro se* practice to be a vehicle for abusive documents. Our *pro se* practice is a shield against the technical requirements of a past age; it is not a sword with which to insult" the participants in a federal lawsuit. *Garrett*, 425 F.3d at 841 (quoting *Theriault v. Silber*, 579 F.2d 302, 303 (5th Cir. 1978)). Plaintiff is warned that the filing of abusive pleadings will not be tolerated and may result in the imposition of further sanctions, including entry of an injunction prohibiting him from filing future pleadings and/or dismissal of his case.

    In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the

following:

CASE MANAGER FOR:
Mikeal Glenn Stine  #55436-098
Florence ADMAX US Penitentiary
P.O. Box 8500
Florence, CO 81226

Dated:		March 21, 2008

BY THE COURT:

s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix