IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00799-WYD-KLM

MIKEAL GLENN STINE,

        Plaintiff,

v.

LT. SWANSON, ADX,
MR. KNOX, ADX,
DR. S. NAFZIGER, ADX,
MR. A. OSAGIE, ADX, and
MR. RON WILEY, ADX,

        Defendant(s).
_____

**MINUTE ORDER**
_____
**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

        This matter is before the Court pursuant to Plaintiff's **Motion to Correct Docket Sheet and Strike Documents Listed Above for Each Case by Mikeal Stine** [Docket No. 178; Filed August 27, 2008] (the "Motion").

        Plaintiff takes the position that "someone has filed a motion to appoint counsel and or motion for injunctive order, by forging his name to alleged motions."  *Motion* [#178] at 1. Plaintiff asks the Court to (1) strike the "forged motions"; (2) strike the Court's Order ruling on the "forged motions"; (3) "issue some type of order [requiring ADX officials] to attest Motion filed is actually Plaintiffs [sic] Motion"; and (4) require all mail to and from the Court to be marked as legal mail.  *Id.* at 3.

        A perfunctory review of the "Motion to Appoint Counsel and" or Injunctive Order [Docket No. 172] establishes that similarities in handwriting, grammar, syntax and punctuation make it highly unlikely that these pleadings were drafted and signed by anyone other than Plaintiff.  Accordingly,

        IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

Dated:        August 28, 2008